No. 82–976. CALIFORNIA v. HOWARD, 466 U. S. 957. Petition for rehearing granted and order entered April 30, 1984, denying

the petition for writ of certiorari, vacated. Certiorari granted, judgment vacated, and case remanded to the Court of Appeal of California, Fifth Appellate District, for further consideration in light of *California* v. *Beheler*, 463 U. S. 1121 (1983). JUSTICE BRENNAN, JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.